IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 26 2007
J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.   CRIMINAL NO. 3:06cr189HTWLRA-002

JOHNATHAN SPRIGGS

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against JOHNATHAN SPRIGGS without prejudice.

> DUNN LAMPTON
> United States Attorney
>
> By: *[signature]*
>
> SANDRA G. MOSES
> Assistant U.S. Attorney
> GA Bar No. 283185

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 22nd day of March, 2007.

*[signature]*
UNITED STATES DISTRICT JUDGE